# EXHIBIT A

Robert B Davenport SR.
    Plaintiff

v                                                  Case No.

Midstate Collection Solutions, INC.
    Defendant

## COMPLAINT

Plaintiff, A citizen of the United States, Who resides at 820 E, Kerr Ave. Apt 205 Urbana, IL 61802

Defendant, Midstate Collection Solutions, INC. 2009 Round Barn Rd., Ste B P.O. Box 3292 Champaign, IL 61826

Jurisdiction

The court has jurisdiction over this action pursuant to 15 U.S.C. 1681 et seq, the Fair Credit Reporting Act (FCRA) and 15 U.S.C. 1692-1692p, the Fair Debt Collection Practices Act.

Defendant's Statutory Violations

1. The Defendant is reporting derogatory information about Plaintiff to one or more consumer reporting agencies (credit bureaus) as defined by 168a.
2. Plaintiff has disputed the accuracy of the derogatory information reported by the defendant on several occasion via certified mail etc. See attachments.
3. Defendant has not responded to plaintiff's letters of dispute by providing evidence of the alleged debt neither to Plaintiff nor the Reporting agencies.
4. Plaintiff has advised defendant and sure the defendant is well aware that a printout of an itemized document does not constitute verification.
5. Plaintiff requested documents from defendant, showing that I have or ever had a legally binding contractual obligation to pay Midstate Collection Solution the alleged amount. Only to receive more threaten collection responses. See attached, Dated May 10,2021
6. This is a serious matter and extremely damaging to Plaintiff's credit reports. Defendants willful non-compliance of Federal and state Law clearly unjustifiable violation of FCRA Section 623-b

7. Violation of FDCP Act (including but not limited to section 807-8
8. I'm sure Defendant is aware of FDCPA. However, I would like to point out that your firm has violated provision of the FDCPA by implying that the legal status of the debt is collectible by reporting the alleged debt to the credit bureaus. The exact statue; 15 USC 1692e.
9. Defendant has not notified plaintiff of any determination that the plaintiff's dispute is frivolous within the 5 days required neither by USC 1681s-2 nor at any other time

Prayer for Relief

Wherefore,

Plaintiff seeks a reasonable and fair judgment against defendant for willful noncompliance of Federal and State Law.

Permanent injunction against defendant for selling this alleged debt to any other party.

Permanent removal of the derogatory information from 3 Consumer Reporting Agencies (credit bureaus).

$1,000 per violation.  Damages totaling $4,000.00
Any further relief which the court may deem appropriate.

Respectfully Submitted
/s/ Robert B Davenport



# MIDSTATE COLLECTION SOLUTIONS, INC.

2009 Round Barn Rd., Ste B • P.O. Box 3292 • Champaign, IL 61826-3292

| Toll-Free | Fax | Charleston/Mattoon | Champaign | Danville |
|---|---|---|---|---|
| (800) 927-7980 | (217) 351-1983 | (217) 235-5424 | (217) 351-1888 | (217) 442-2888 |

February 25, 2021

<u>FIRST NOTICE</u>

Regarding Your Account With Creditor:  4612 - Fairlawn Real Estate
Debt Type:         REAL ESTAT
Consumer #:      490130
Account #:         857761-490130
Whose Account:  Robert D & Shayonda C
Total Due:          $8,089.46

This account has been submitted for collection. This is to notify you that this account is past due.

<u>IMPORTANT NOTICE:</u>
Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume that this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of this debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Thank you in advance for your attention to this matter.

THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

Office hours: Monday - Thursday 8:00 a.m. to 8:00 p.m. & Friday 8:00 a.m. to 5:00 p.m. Central Time

---

*** Please detach the lower portion and return with your payment ***   DNMIDS01-582-1O-07/01/16

Y26E2F79A5

PO Box 3292
Champaign IL 61826-3292
RETURN SERVICE REQUESTED

Account #: 857761-490130
Total Due: $8,089.46

February 25, 2021

If you have questions, please contact our office at (217) 351-1888.
All payments must be made directly to this office to ensure proper credit to this account

0008120024017375555961802204455---Y26E2F79A5 582 1O

Robert B Davenport
820 E Kerr Ave Apt 205
Urbana IL 61802-2044



Midstate Collection Solutions, Inc.
PO Box 3292
Champaign IL 61826-3292



 Gmail

Robert Davenport <davenportrobert1960@gmail.com>

## Disputed/By Robert B Davenport
1 message

**Robert Davenport** <davenportrobert1960@gmail.com>  Mon, Mar 8, 2021 at 11:40 AM
To: admin@midstatecollections.com

3/8/2021
Robert B Davenport

Mr Scott

This letter is regarding a letter you sent me dated 2/25/2021 with an account # 857761-490130 saying I owe $8,089.46. This is a notice that your claim is disputed or any portion thereof.

Robert Davenport



Exhibit C

# MIDSTATE COLLECTION SOLUTIONS, INC.

2009 Round Barn Rd., Ste B • P.O. Box 3292 • Champaign, IL 61826-3292

| Toll-Free | Fax | Charleston/Mattoon | Champaign | Danville |
|---|---|---|---|---|
| (800) 927-7980 | (217) 351-1983 | (217) 235-5424 | (217) 351-1888 | (217) 442-2888 |

March 15, 2021

### FIRST NOTICE

Regarding Your Account With Creditor:   4612 - Fairlawn Real Estate
Debt Type:               REAL ESTAT
Consumer #:              490130
Account #:               857761-490130
Whose Account:           Robert D & Shayonda C
Total Due:               $8,089.46

This account has been submitted for collection. This is to notify you that this account is past due.

IMPORTANT NOTICE:
Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume that this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of this debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Thank you in advance for your attention to this matter.

THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

Office hours: Monday - Thursday 8:00 a.m. to 8:00 p.m. & Friday 8:00 a.m. to 5:00 p.m. Central Time

---



*** Please detach the lower portion and return with your payment ***            DNMIDS01-8-1O-07/01/16

Y26F70A326

PO Box 3292
Champaign IL 61826-3292
RETURN SERVICE REQUESTED

Account #: 857761-490130
Total Due: $8,089.46

March 15, 2021

If you have questions, please contact our office at (217) 351-1888.
All payments must be made directly to this office to ensure proper
credit to this account

0008120024017496738661802204355—Y26F70A326 8 1O

Robert B Davenport
820 E Kerr Ave Apt 205
Urbana IL 61802-2044



Midstate Collection Solutions, Inc.
PO Box 3292
Champaign IL 61826-3292



M Gmail

*Exhibit-D*

# Requesting Validation
1 message

**Robert Davenport** <davenportrobert1960@gmail.com>　　　　Tue, Apr 6, 2021 at 11:20 AM
To: admin@midstatecollections.com

*Guy Name was (Scott) — Advising him of Any Negative Remark on My Report (he in Validation)*

To whom it may concern;
I am requesting validation, made pursuant to the FDCPA /FCRA that is evidence showing that I have (or ever had) some contractual obligation to pay you. Please also be aware that any negative mark found on my credit reports from your company or any company you represent,for a debt that I don't owe, is a violation of the FCRA;

This notice is an attempt to correct your records, and is not a statement, election, or waiver of status.

Robert B Davenport Sr.

05/03/2021

Robert B Davenport
820 E Kerr ave.#205
Urbana IL. 61802

Midstate Collection Solutions INC.
2009 Round Barn Rd P.O. Box 3292
Champaign, IL 61826

Re: Acct # 857761-490130

To Whom It May Concern:

This letter is in response to your recent claim regarding Acct # 857761-490130, which you claim I owe $8,089.46.

Yet again, you have failed to provide me with a copy of any viable evidence, bearing my signature, showing the account is being reported accurately.

Be advised that the description of the procedure used to determine the accuracy and completeness of the information is hereby requested.

Additionally, please provide the name, address, and telephone number of each person who personally verified this alleged account, so that I can inquire about how they "verified" without providing any proof, bearing my signature.

You should be aware that a printout of a bill or itemized document does not constitute verification.

I am again formally requesting a copy of any documents, bearing my signature, showing that I have a legally binding contractual obligation to pay you the alleged amount.

Be aware that I am making a final goodwill attempt to have you clear up this matter. The listed item is inaccurate and incomplete, and represents a very serious error in your reporting.

I am maintaining a careful record of my communications with you for the purpose of filing a complaint with the Consumer Financial Protection Bureau and the Attorney General's office, should you continue in your non-compliance of federal laws under the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, and the corresponding local state laws. I further remind you that you may be liable for your willful non-compliance.

Failure on your behalf to provide a copy of any alleged contract or other instrument bearing my signature will result in a small claims action against your company. I will be seeking a minimum of $1,000 in damages per violation for:

1.) Defamation
2.) Negligent Enablement of Identity Fraud
3.) Violation of the Fair Debt Collection Practices Act (including but not limited to Section 807-8)
4.) Violation of the Fair Credit Reporting Act (including but not limited to Section 623-b)

You will be required to appear in a court venue local to me, in order to formally defend yourself. My contact information is as follows:

Robert B Davenport
820 E Kerr ave.#205
Urbana IL. 61802
SSN: 356561818

P.S. Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action.

Cc: Consumer Financial Protection Bureau
Cc: Attorney General's Office
Cc: Better Business Bureau




# MIDSTATE COLLECTION SOLUTIONS, INC.

2009 Round Barn Rd., Ste B • P.O. Box 3292 • Champaign, IL 61826-3292

| Toll-Free | Fax | Charleston/Mattoon | Champaign | Danville |
|---|---|---|---|---|
| (800) 927-7980 | (217) 351-1983 | (217) 235-5424 | (217) 351-1888 | (217) 442-2888 |

May 10, 2021

THIRD NOTICE
Consumer #: 490130
Total Due: $8,089.46

Regarding your account(s) with:

| ACCT # | CREDITOR | AMOUNT | TOTAL |
|---|---|---|---|
| 857761 | Fairlawn Real Estate | 8089.46 | 8089.46 |

Sometimes the collection of Delinquent Accounts requires efforts that could have been avoided with proper cooperation. To avoid these efforts, pay the following balance in full - - $8,089.46, or make acceptable payment arrangements, or provide your reason in the event you do not regard this or these bills as just obligation(s).

If you continue to ignore requests for disposition of this or these claim(s), you, yourself must accept responsibility for any future collection efforts. There is still time to avoid future collection efforts.

Your payment, or any questions you may have, should be directed to this office to insure proper credit to clear this account.

**YOUR PROMPT RESPONSE MAY AVOID PROLONGING THIS MATTER!**

Office hours: Monday - Thursday 8:00 a.m. to 8:00 p.m. & Friday 8:00 a.m. to 5:00 p.m. Central Time

**ENCLOSE YOUR CHECK (For Delinquent Accounts) OR MONEY ORDER (For Returned Checks) AND MAIL IMMEDIATELY.**

Sincerely,
Collection Department Management

THANK YOU IN ADVANCE FOR YOUR ATTENTION TO THIS MATTER.

THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

---

*** Please detach the lower portion and return with your payment ***    DNMIDS01-188-3O-11/17/15

Y272ADCB32

PO Box 3292
Champaign IL 61826-3292
RETURN SERVICE REQUESTED

Consumer #: 490130
Balance Due: $8,089.46

May 10, 2021

If you have questions, please contact our office at (217) 351-1888.
All payments must be made directly to this office to ensure proper credit to this account

0008120024017806996661802204455---Y272ADCB32 188 3O

Robert B Davenport
820 E Kerr Ave Apt 205
Urbana IL 61802-2044



Midstate Collection Solutions, Inc.
PO Box 3292
Champaign IL 61826-3292






**MIDSTATE COLLECTION SOLUTIONS, INC.**

2009-B Round Barn Road • P.O. Box 3292 • Champaign, IL 61826-3292

June 4, 2021

Robert Davenport
820 E Kerr Ave Apt 205
Urbana, IL 61802-2044

Re: Fairlawn Real Estate
Account: 490130 – 857761
Balance: $ 8089.46

Dear Robert.

We are in receipt of your correspondence regarding your account # 490130 – 857761 for Fairlawn Real Estate in the amount of $8089.46. We have thoroughly investigated your concerns regarding this account, and this is what we found:

- Enclosed, please find validation of your account in compliance with the requirements set forth by the FDCPA.
- Your electronic signature on this lease, as verified by HelloSign, legally obligates you to all terms and responsibilities under the lease. A verified electronic signature has the same legal standing as a wet-ink signature.

The result of our investigation is that the amount of $8089.46 for your account with Fairlawn Real Estate is open and owed. Enclosed please find documentation for this account.

Please remit payment in full. Make your check or money order payable to Midstate Collection Solutions and mail it to our office. In order to ensure that your account is properly credited, please write your account number on all payments.

If you are unable to pay in full, please call us at 217-351-1888. We will be happy to discuss your account and work with you in reaching a positive resolution.

Sincerely,

Department of Account Resolution
Midstate Collection Solutions, Inc.

This is an attempt to collect a debt or debts. Any information obtained will be used for that purpose. This communication is from a debt collector.

| TOLL-FREE | FAX | CHAMPAIGN | CHARLESTON/MATTOON | DANVILLE |
|---|---|---|---|---|
| (800) 927-7980 | (217) 351-1983 | (217) 351-1888 | (217) 235-5424 | (217) 442-2888 |